USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
WOLSELEY INVESTMENTS INC.,

                             Plaintiff,          :    19-CV-106 (ALC)

    -against-                        :    **ORDER**

AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY,

                           Defendant.   :
------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

    The Parties are hereby **ORDERED** to submit a Joint Status Report on or before **March 20, 2020.**

**SO ORDERED.**

Dated:     February 21, 2020
            New York, New York

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**