```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __03/23/2021____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WOLSELEY INVESTMENTS INC.,**

                **Plaintiff,**

-against-

**AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,**

                **Defendant.**

**19-cv-00106 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:    **March 23, 2021**
           **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**